U.S. Department of State General Counsel Robert D. O'Neill,  U.S. Department of State U.S. Department of State